

```
                                                     FILED
                                                   JUL 3 0 2019
                                           CLERK US DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA
                                         BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **19MJ3192** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearms; |
| FRANCISCO GONZALEZ, | 21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute; |
| Defendant. | 18 U.S.C. § 924(c)(1) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; |
|  | 26 U.S.C. § 5861(d) – Possession of Unregistered Firearms |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about June 18, 2019, within the Southern District of California, defendant Francisco GONZALEZ, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: an Ithaca, model 37 Featherlight, 12 gauge short-barrel shotgun bearing serial number 984846; in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

On or about June 18, 2019, within the Southern District of California, defendant Francisco GONZALEZ, did knowingly and intentionally possess, with intent to distribute

methamphetamine, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about June 18, 2019, within the Southern District of California, defendant Francisco GONZALEZ, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, Possession of Methamphetamine with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), the crime charged in Count 2 of this complaint, did knowingly possess a firearm, that is, an Ithaca, model 37 Featherlight, 12 gauge shotgun bearing serial number 984846; in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FOUR

On or about June 18, 2019, within the Southern District of California, defendant Francisco GONZALEZ, did knowingly and intentionally possess a firearm, to wit: an Ithaca, model 37 Featherlight, 12 gauge, shotgun, bearing serial number 984846, having a shortened barrel under eighteen inches and an overall length under 26 inches, which is not registered to Francisco GONZALEZ in the National Firearms Registration and Transfer Record, in violation of Title 26 United States Code, Section 5846(d).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Arnesha Bahn
Special Agent, ATF

Sworn to me and subscribed in my presence this 30 day of July, 2019.

HON. LINDA LOPEZ
UNITED STATES MAGISTRATE JUDGE

2

## PROBABLE CAUSE STATEMENT

On or about June 1, 2019, SDPD Detectives were assigned a theft of property investigation, including credit cards and a firearm. Detectives determined that within 12 hours of the theft, one of the stolen credit cards had been used to make fraudulent purchases with an Amazon account in the name of Francisco GONZALEZ ("GONZALEZ") with delivery address 2691 Newton Avenue, San Diego, CA. The aforementioned address is that of *Candy's Auto Body*, which is owned by GONZALEZ.

On June 18, 2019, SDPD personnel confirmed GONZALEZ had an active "fourth waiver" and a firearms prohibition included in the conditions of his probation. During a "fourth waiver" compliance check on GONZALEZ that day, SDPD uniformed officers and Detectives contacted GONZALEZ outside of *Candy's Auto Body*. Five other individuals were contacted with GONZALEZ and later released. SDPD personnel conducted a safety sweep of the property and did not locate any other individuals. During the safety sweep of the main business office, SDPD officers observed a firearm, ammunition, and suspected narcotics in plain view.

SDPD personnel then completed a thorough "fourth waiver" search of the entire property. In a closet of the main business office, Detectives found an AR-15 type short-barrel rifle bearing no manufacturer's markings or serial number. Also, in the same closet, Detectives found a loaded Ithaca, model 37 Featherlight, 12 gauge short-barrel shotgun bearing serial number 984846. SDPD personnel found approximately 100 rounds of various ammunition, firearms accessories (e.g., pistol magazines, rifle magazines, pistol holsters), and other miscellaneous firearms parts in several areas of the main business office.

In the main business office, SDPD Detectives found a small box under the main service desk where it appeared most of the book-keeping was conducted for the business. Inside the box, SDPD Detectives found two plastic bags containing suspected methamphetamine along with two digital scales and additional packaging material. One plastic bag contained approximately 30.1 grams of suspected methamphetamine. The other plastic bag contained approximately 25.7 grams of suspected methamphetamine.

Detectives also found loose shards of suspected methamphetamine in the box totaling approximately 4 grams. Detectives found another plastic bag containing approximately 35.8 grams of suspected methamphetamine in the bathroom of the main business office. Additionally, SDPD Officers searched the detached garage area of the property and found a fourth plastic bag containing approximately 28.9 grams of suspected methamphetamine. Detectives found a total of 124.5 grams of suspected methamphetamine at 2691 Newton Avenue, San Diego, CA. Preliminary testing of the bag found in the bathroom of the main business office revealed the substance to be methamphetamine.

Once the search of 2691 Newton Avenue, San Diego, CA concluded, SDPD personnel conducted an additional search of GONZALEZ's residence, 3774 Wild Oats Lane, Bonita, CA. GONZALEZ told Detectives there were four firearms in the garage. During the search of the residence, SDPD Detectives found four firearms in a cabinet in the attached garage. The firearms included a loaded Benelli, model M4, 12-gauge semi-automatic shotgun, bearing serial number Y063955D; a loaded Hi Standard, model R107, .22 caliber revolver, bearing serial number 1886395; an Intratec, model AB10, 9mm semi-automatic pistol, bearing serial number A054566; and a Colt, unknown model, .22 caliber semi-automatic pistol, bearing serial number PH24127. Inside a second cabinet, next to the cabinet containing the above firearms, SDPD Detectives found a large plastic bin containing approximately 1,800 rounds of various ammunition.

Post-Miranda, GONZALEZ stated that he was not aware of the AR-15 short-barrel rifle or the short-barrel shotgun found at 2691 Newton Avenue, CA. GONZALEZ admitted that the ammunition found belonged to him. In regards to the suspected methamphetamine, GONZALEZ said that the baggies of suspected methamphetamine found under the main desk area belonged to him, but denied ownership of the additional suspected methamphetamine found at the location. When asked specifically about the items found at 3774 Wild Oats Lane, Bonita, CA, GONZALEZ admitted that the four firearms and all the ammunition found belonged to him. GONZALEZ also told SDPD Detectives that although

he knew it was illegal for him to have firearms since he was a felon, he did not know that it was illegal for him to possess ammunition.

Records checks on GONZALEZ revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 12/2017 | CASC – San Diego | Cnt 1: PC 548(a) – False Insurance claim<br><br>Cnt 2: PC 549 – Destroyed insured property | 3 years' probation |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California. Additionally, preliminary measurements of the Ithaca, model 37 Featherlight, 12 gauge short-barrel shotgun, bearing serial number 984846, revealed that the firearm's barrel was approximately 13.25" and the overall length of the firearm was approximately 26". Preliminary measurements of the AR-15 type short-barrel rifle bearing no manufacturer's markings or serial number, revealed that the firearm's barrel was approximately 13.75" and the overall length of the firearm was approximately 33". Based on the measurements of the barrels of both firearms, both firearms qualify as restricted firearms under the National Firearms Act and are subject to mandatory registry in the National Firearms Registration and Transfer Record ("NFRTR"). A subsequent query of the NFRTR revealed the firearms were not registered to anyone.